STATE of Missouri, Respondent,

v.

Linda Lou EALEY, Appellant.

Nos. WD 51139, WD 53639.

Missouri Court of Appeals,
Western District.

Oct. 14, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and SPINDEN and ELLIS, JJ.

## ORDER

PER CURIAM.

Linda Lou Ealey appeals the judgment of conviction and sentence for murder in the first degree, § 565.020, and the order denying her Rule 29.15 motion.

Affirmed. Rules 30.25(b), 84.16(b).

TAX INCREMENT FINANCING
COMMISSION OF KANSAS
CITY, Missouri, Appellant,

Missouri Highway and Transportation
Commission, Amicus Curiae,

v.

Donald E. DeWITT, Respondent.

No. WD 53180.

Missouri Court of Appeals,
Western District.

Oct. 14, 1997.

Thomas W. Rynard, Jefferson City Thomas J. Daly, Ward K. Brown, Craft Fridkin & Rhyne, Kansas City, for appellant.

James B. Jackson, Kansas City, Joseph R. Borich, III, Leawood, KS, for respondent.

Before ULRICH, C.J., P.J., and HANNA and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM:

The Tax Increment Financing Commission of Kansas City, Missouri (TIF), appeals the trial court's judgment following a jury trial in favor of Heimann Brothers Services, Inc. (Heimann Brothers) for $325,000 in this condemnation action.

TIF claims the trial court committed four errors. The first two alleged errors concern the trial court's prohibiting TIF from discussing condemnation proceedings in voir dire or in opening statement. In its third claim of error TIF asserts that the trial court should have ordered a new trial because defense counsel, as well as Heimann Brothers, intentionally made false statements during trial. Lastly, TIF contends that it was prejudiced by Heimann Brothers's improper testimony on damages and, therefore, should have been allowed to introduce contrary evidence that Heimann Brothers did not incur "loss of use" damages.

The judgment of the trial court is affirmed. Rule 84.16(b).